NO. 07-12-0435-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 NOVEMBER 7, 2012
 ______________________________

 NICOLE HICKS,

 Appellant

 V.

 THE STATE OF TEXAS,

 Appellees
 ______________________________

 FROM THE 364th DISTRICT COURT OF LUBBOCK COUNTY;

 NO. 2011-429,920; HON. BRADLEY S. UNDERWOOD, PRESIDING
 _______________________________

 ON ABATEMENT AND REMAND
 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 Appellant Nicole Hicks appeals from her conviction for the offense of
theft of over $20,000 but less than $100,000. On November 2, 2012, the
clerk's record was filed. The reporter's record was due on November 5,
2012. On November 5, 2012, the reporter filed a request for an extension
of time to file the record for the reasons that appellant has not submitted
a request for preparation and a written designation for the record, nor has
she paid for the record.
 Accordingly, we abate this appeal and remand the causes to the 364th
District Court of Lubbock County (trial court) for further proceedings.
Upon remand, the trial court shall determine, via hearing or other
reasonable means:
 1. whether appellant desires to prosecute the appeal;
 2. whether appellant is indigent; and, if so,
 3. whether the appellant is entitled to a free record or appointed
 counsel.

 The trial court is also directed to enter such orders necessary to
address the aforementioned questions. So too shall it include its findings
on those matters (including the name, address, and phone number of any
attorney it may appoint to represent appellant in this appeal) in a
supplemental record and cause that record to be filed with this court by
December 7, 2012. Should further time be needed to perform these tasks,
then same must be requested before December 7, 2012.
 It is so ordered.
 Per Curiam
Do not publish.

-----------------------
 2